# EXHIBIT 3



Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL:  412 566 6000
FAX:  412 566 6099

Arnold B. Silverman
412-566-2077
asilverman@eckertseamans.com

September 29, 2020

**BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Scott Rand
Affordable Wire Management
172 N Gaston Ave
Somerville, NJ  08876

**Re:  U.S. Patent 10,177,551, U.S. Patent 10,461,518, and Pending Patent Property**

Dear Mr. Rand:

Our firm represents Cambria County Association for the Blind and Handicapped (herein "CAB") in connection with intellectual property legal matters.

CAB values its intellectual property as one of its prime assets.  Just as it respects the intellectual property rights of third parties, it expects its rights to be honored by others.  Where such action is not forthcoming, CAB takes aggressive action to terminate all violations of its rights.

As you may know, one who, without authority, makes, uses, offers to sell, or sells any patented invention within the United States or imports into the United States any patented invention infringes the patent.  This definition of infringement is part of §271 of the Federal Statute.  This statute also provides other grounds for infringement and enumerates certain remedies that are available to the patent owner.

As you are likely at least somewhat aware from your time at First Solar, among CAB's major manufacturing activities are the manufacture of cable hangers for use in a number of industries, including but not limited to, the mining, electrical and solar industries.  CAB has, for over 80 years, provided meaningful employment in their manufacturing facilities for persons with intellectual and/or physical disabilities.  I am enclosing literature which will give you greater insight regarding CAB's mission and manufacturing capabilities.

After reviewing your website (https://affordablewm.com/), it is our understanding that your company has entered our primary fields of interest.  We deemed it appropriate to bring to your attention the captioned patents to provide you with an early opportunity for your review and consideration.  A copy of each of the captioned patents is enclosed.  We also have additional related patent applications, including an application with allowed claims, pending in the United States Patent and Trademark Office which should be issuing shortly as the issue fee was recently paid.



Mr. Scott Rand
September 29, 2020
Page 2

From our review of your website, it appears that some of the arrangements you are offering for sale may raise a question of infringement of several claims of the captioned patents and of our allowed patent property. However, we do not have adequate information at this time to determine whether any contemplated or actual conduct would infringe the enclosed patents or would infringe any of our allowed patent property. As a result, this letter is not making a charge of patent infringement.

The primary purpose of this letter is to provide an early opportunity to avoid extensive and potentially expensive patent infringement controversies. I would suggest that you review the copies of the captioned patents enclosed herein and accept our invitation to discuss the patents and our additional related allowed patent property. Please let me hear from you no later than October 20, 2020.

Very truly yours,

/s/ Arnold B. Silverman

Arnold B. Silverman

Enclosures

cc:    Stephen A. Bucchianeri, Esquire



Eckert Seamans Cherin & Mellott, LLC  
U.S. Steel Tower  
600 Grant Street, 44th Floor  
Pittsburgh, PA 15219

TEL: 412 566 6000  
FAX: 412 566 6099

Stephen A. Bucchianeri  
412-566-6038  
sbucchianeri@eckertseamans.com

August 11, 2022

**BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
**AND BY ELECTRONIC MAIL**

Mr. Serge Subach  
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.  
One Financial Center  
Boston, MA 02111

SSubach@mintz.com

Re:  Infringement of U.S. Patent Nos. 10,177,551 and 11,349,291
      by Affordable Wire Management ("AWM")

Dear Mr. Subach:

We represent Cambria County Association for the Blind and Handicapped (herein "CAB") in connection with its intellectual property matters. Our client is the assignee of United States Patent No. 10,177,551 (the '551 patent) issued on January 8, 2019 and titled GROUNDING SYSTEM, and United States Patent No. 11,349,291 (the '291 patent) issued on May 31, 2022 and titled LOCKING CABLE HANGER AND METHOD OF USING. A copy of each of the foregoing patents is enclosed.

We have previously been in communication with you regarding certain of CAB's patents, including the '551 patent. At that time, we reviewed certain information that was available to us regarding AWM's products. Since then, we have reviewed additional information and conducted further investigation of AWM's products as they now relate to the '551 and '291 patents. We would like to resume our discussions with you regarding what appears to be AWM's infringement of these patents. We assume, of course, that you still represent AWM, and that you are the appropriate person to whom we should continue to direct these communications. Please let us know if that is not the case, and whether there is someone else with whom we should now be communicating.

It appears from our investigation that certain products manufactured, used, sold or offered for sale by AWM in the United States, or imported by AWM into the United States, likely infringe one or more claims of the '551 and '291 patents. We have specifically compared the "Messenger Cable Hangers" and the "Hardware" products identified on AWM's website, https://affordablewm.com/products-1, with the claims of the patents. Our analysis leads us to conclude that the "Messenger Cable Hangers" in conjunction with related AWM products such as depicted on AWM's website are covered by at least one of the claims of the '291 patent.



Mr. Serge Subach
August 11, 2022
Page 2

We have also concluded that the "Hardware" products identified on AWM's website are covered by at least one of the claims of the '551 patent.

If your client remains willing to discuss these matters, we would like to set up a meeting as soon as possible. We would appreciate a response to this request within two weeks of the date of this letter. We are hopeful that we can have productive discussions that will lead to a resolution of this matter.

Sincerely,

/s/ *Stephen A. Bucchianeri*

Stephen A. Bucchianeri
Attorney


Enclosures