**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CAMBRIA COUNTY ASSOCIATION FOR THE BLIND AND HANDICAPPED, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 23-cv-80-SRF |
| AFFORDABLE WIRE MANAGEMENT, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (D.I. 26 ¶ 8), Plaintiff Cambria County Association for the Blind and Handicapped, Inc. ("CAB") and Defendant Affordable Wire Management, LLC ("AWM") respectfully submit the Joint Claim Construction Chart attached hereto as **Exhibit A**, identifying the disputed claim terms in U.S. Patent Nos. 10,177,551 (the "'551 Patent") and 11,349,291 (the "'291 Patent") as well as the asserted claims in which each such claim terms appear.

In addition to the intrinsic evidence identified in Exhibit A, the parties each reserve the right to rely on additional intrinsic evidence to the extent it is necessary to rebut arguments made by the adverse party during the claim construction briefing. Each party further reserves the right to rely on any intrinsic evidence identified by the adverse party.

Copies of the '551 Patent and the '291 Patent are attached hereto as **Exhibits B** and **C**, respectively.

Copies of the portions of the intrinsic record relied upon by the parties are attached as **Exhibits D** through **M**.

- **Exhibit D** consists of excerpted portions from the '551 Patent File History;

- **Exhibit E** consists of a copy of Patent Owner's Preliminary Response in IPR2024-00139;

- **Exhibit F** consists of a copy of the Declaration of Joshua Phinney, Ph.D., In Support of Patent Owner's Preliminary Response in IPR2024-00139;

- **Exhibit G** consists of excerpted portions from the '291 Patent File History;

- **Exhibit H** consists of excerpted portions from Decision Granting Institution of *Inter Partes* Review in IPR2024-00178;

- **Exhibit I** consists of a copy of the Declaration of Edward C Kern, Jr., Ph.D. in Support of Patent Owner's Preliminary Response in IPR2024-00182;

- **Exhibit J** consists of a copy of Exhibit 3002 in IPR2024-00182;

- **Exhibit K** consists of a copy of Exhibit 3003 in IPR2024-00182;

- **Exhibit L** consists of a copy of U.S. Pat. No. 9,722,405;

- **Exhibit M** consists of a copy of Patent Owner's Preliminary Response in IPR2024-00182.

Dated: May 9, 2024

Edward C. Flynn
ECKERT SEAMANS CHERIN &
MELLOT, LLC
600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
EFlynn@eckertseamans.com
*Admitted Pro Hac Vice*

BAYARD, P.A.

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

Daniel Melman
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
10 Bank St., Suite 700
White Plains, NY 10606
(914) 949-2909
DMelman@eckertseamans.com
*Admitted Pro Hac Vice*

Theodore Y. McDonough
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Gateway IV, Suite 401
100 Mulberry St.
Newark, NJ 07102
(973) 855-4700
TMcDonough@eckertseamans.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Cambria County Association for the Blind and Handicapped, Inc.*

| | |
|---|---|
| Andrew H. DeVoogd (*pro hac vice*) | */s/ Michael J. Farnan* |
| Williams S. Dixon (*pro hac vice*) | Brian E. Farnan (Bar No. 4089) |
| Robert C. Sweeney (*pro hac vice*) | Michael J. Farnan (Bar No. 5165) |
| **MINTZ LEVIN COHN FERRIS** | FARNAN LLP |
| **GLOVSKY & POPEO PC** | 919 N. Market St., 12th Floor |
| One Financial Center | Wilmington, DE 19801 |
| Boston, Massachusetts 02111 | Phone: (302) 777-0300 |
| (617) 542-6000 | BFarnan@farnanlaw.com |
| DHDeVoogd@mintz.com | MFarnan@farnanlaw.com |
| WSDixon@mintz.com | |
| RCSweeney@mintz.com | |

*Attorneys for Defendant Affordable Wire Management, LLC*