# EXHIBIT A

**DISPUTED CLAIM TERMS AND CONSTRUCTIONS**

| | U.S. Patent No. 10,177,551 | | | | |
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| Claim 1<br><br>Claim 19 | "[element or assembly] structured to [verb]"<br>(*Plaintiff*) | The identified element or assembly is a structure that is shaped, sized, disposed, coupled and/or configured to perform, and is intended to, and designed to, perform the identified verb. | **'551 Patent (Exhibit B)**<br><br>**Specification:**<br><br><u>Column:Line</u><br>3:36-50. | Plain and ordinary meaning; no construction required.<br><br>To the extent construction is required, CAB's proposed construction renders the claims indefinite. | '551 Patent (Exhibit B):<br>  Abstract;<br>  Figures 1-12;<br>  Claims 1-19;<br>  1:1-2:30;<br>  10:8-61;<br>  11:31-60<br><br>'551 Patent Prosecution History (Exhibit D):<br>  Appellant's Brief on Appeal, 7/12/2018, pp. 1-28 (CAB_000333-360) |
| Claims 1, 10, 19 | "multi-function line assembly"<br>(*Defendant*) | "An assembly that includes a multi-function line and may further include terminal ends that include a conductive or non-conductive terminal support structured to | **'551 Patent (Exhibit B)**<br><br>**Specification**<br><br><u>Column:Lines</u><br>• 3:19-27;<br>• 7:6-62; | Indefinite<br><br>*If not indefinite:*<br><br>"a multifunction line with thimble eye terminal ends each defining an | '551 Patent (Exhibit B):<br>  Abstract;<br>  Figures 1-6;<br>  Claims 1-19;<br>  2:24-42;<br>  2:48-57;<br>  7:6-62; |

1

| | | U.S. Patent No. 10,177,551 | | | |
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | | couple a multi-function line to a support and draw the multi-function line taut." | • Figs. 3-6. | aperture through which the ends of the multi-function line are passed and coupled to itself." | 11:18-23<br><br>'551 Patent Prosecution History (Exhibit D): Office Communication, 3/8/2018, pp. 1-7 (CAB_000434-440); Response and Amendment, 3/22/2018, pp. 6-16 (CAB_000417-427); Office Communication, 5/17/2018, pp. 3-7 (CAB_000403-407); Response and Amendment, 5/31/2018, pp. 5-19 (CAB_000383-397); Appellant's Brief on Appeal, |

| | | | U.S. Patent No. 10,177,551 | | |
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | | | | | 7/12/2018, pp. 1-28 (CAB_000333-360); Notice of Allowance, 10/24/2018, p. 3 (CAB_000325); PTAB Filings: IPR2024-00139-14 (Exhibit E), pp. 15-23, 32-36, 41-62, 64-65. IPR2024-00139-14-EX2001 (Exhibit F). |
| Claim 1 Claim 19 | "multi-function line" (*Plaintiff & Defendant*) | a tension member (i.e., robust wire or cable structure) that supports current wires and/or cable hangers, as a messenger wire, and which provides a current path, as a grounding conductor | **'551 Patent (Exhibit B)** **Specification:** Column:Line 1:24-28, 60-65; 1:67-2:3; 2:27-42; 7:17-23; | Indefinite *If not indefinite:* "a tension member that supports current wires and/or cable hangers, and, which is | '551 Patent (Exhibit B): Abstract; Figures 1-12; Claims 1-19; 1:17-35; 1:50-2:20; 2:27-44; 2:52-3:15; 7:6-9:46; |

3

| | U.S. Patent No. 10,177,551 | | | | |
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | | | 8:45-46, 8:60-9:39; 11:65-67  **'551 Patent File History (Exhibit D):**  Notice of Allowability, 10/24/2018 (CAB_000323-326); Appellant's Brief on Appeal, 7/12/2018 (CAB_000333-360); Patent Owner's Response and Amendment, 5/31/2018 (CAB_000379-397); Office Action Summary, 5/17/2018 (CAB_000400- | conductive." | 10:31-11:30; 11:61-67.  **'551 Patent Prosecution History (Exhibit D):** Office Communication, 3/8/2018, pp. 1-7 (CAB_000434-440); Response and Amendment, 3/22/2018, pp. 6-16 (CAB_000417-427); Office Communication, 5/17/2018, pp. 3-7 (CAB_000403-407); Response and Amendment, 5/31/2018, pp. 5-19 (CAB_000383-397); Appellant's Brief |

| \multicolumn{6}{c}{U.S. Patent No. 10,177,551} |

| Claim No(s). | Claim Terms/Phrases | Plaintiff's Proposed Construction | Plaintiff's Citations | Defendant's Proposed Construction | Defendant's Citations |
|---|---|---|---|---|---|
| | | | 409).<br><br>**PTAB Filings:**<br><br>IPR2024-00139-14 (Exhibit E), p.15-23, 32-36.<br>IPR2024-00139, EX 2001 (Exhibit F), ¶55-76. | | on Appeal, 7/12/2018, pp. 1-28 (CAB_000333-360);<br>Notice of Allowance, 10/24/2018, p. 3 (CAB_000325);<br><br>PTAB Filings:<br>IPR2024-00139-14 (Exhibit E), pp. 15-23, 32-36, 41-62, 64-65.<br>IPR2024-00139-14-EX2001 (Exhibit F). |
| Claim 2<br><br>Claim 19 | "each said multi-function line coupling defines a conductive path"<br>(*Plaintiff*) | Each said multi-function line coupling provides a grounding path for a grounding conductor. | '551 Patent (Exhibit B)<br><br>**Specification:**<br><br>Column:Line<br><br>2:3-4, 27-33;<br>8:8-34;<br>9:30-46; | Indefinite<br><br>*If not indefinite:*<br><br>"each said multi-function line coupling defines a route through which electricity can travel" | '551 Patent (Exhibit B):<br>Abstract;<br>Figures 1-12;<br>Claims 1-19;<br>1:23-2:42;<br>2:52-3:15;<br>5:13-34;<br>6:52-10:43;<br>10:62-11:30; |

5

| U.S. Patent No. 10,177,551 |||||| 
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | | | 10:31-42; 11:61-67. | | 11:43-67<br><br>'551 Patent Prosecution History (Exhibit D):<br>Office Communication, 3/8/2018, pp. 3-7 (CAB_000436-440);<br>Response and Amendment, 3/22/2018, pp. 6-16 (CAB_000417-427);<br>Office Communication, 5/17/2018, pp. 3-7 (CAB_000403-407);<br>Response and Amendment, 5/31/2018, pp. 5-19 (CAB_000383-397);<br>Appellant's Brief on Appeal, |

| | U.S. Patent No. 10,177,551 | | | | |
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | | | | | 7/12/2018, pp. 1-28 (CAB_000333-360) pp. 1-28; Notice of Allowance, 10/24/2018, p. 3 (CAB_000325); PTAB Filings: IPR2024-00139-14 (Exhibit E), pp. 14-18, 34-36, 48-51, 54, 58-61. IPR2024-00139-14-EX2001 (Exhibit F). |
| Claim 19 (Preamble) | "A mounting assembly for a grounding system structured to ground a number of cables supported by a support assembly, said support assembly including a plurality of spaced conductive piles, said grounding system | The Preamble of Claim 19 limits the claimed mounting assembly to a mounting assembly for a grounding system comprising structures that are shaped, sized, disposed, coupled and/or configured to ground, and are intended | '551 Patent (Exhibit B) Claim Language: Column:Line 13:16-21, 24-25, 28-31 | Not limiting. *If limiting:* CAB's proposed construction renders the claim indefinite. | '551 Patent (Exhibit B): Abstract; Figures 1-12; Claims 1-19; 2:24-44; 6:52-9:29 9:60-10:7; 10:43-11:60; 12:1-9. |

7

| | | U.S. Patent No. 10,177,551 | | | |
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | including a multi-function line assembly with a multi-function line" (*Plaintiff*) | to, and are designed to, ground a number of cables supported by a support assembly, where the support assembly includes a plurality of spaced, conductive piles, and where the grounding system includes a multi-function line assembly with a multi-function line. | **Specification:** <br><br> Column:Line <br><br> 1:1-2:44; <br> 3:36-50; <br> 9:30-59; <br> 10:8-42; <br> 11:61-67. | | |

| U.S. Patent No. 11,349,291 ||||||
|---|---|---|---|---|---|
| Claim No(s). | Claim Terms/Phrases | Plaintiff's Proposed Construction | Plaintiff's Citations | Defendant's Proposed Construction | Defendant's Citations |
| Claim 1 (Preamble) | "A system for organizing a plurality of electrical cables extending from a plurality of solar panels"<br><br>(*Plaintiff*) | The Preamble of Claim 1 limits the claimed system to a system for separating from each other DC cables, AC cables and data carrier cables extending from a plurality of solar panels. | **'291 Patent (Exhibit C)**<br><br>**Claim Language:**<br><br>Column:Line<br><br>Claim 1 (10:24-37).<br><br>**Specification:**<br><br>Column:Line<br><br>1:20-56;<br>2:1-9;<br>3:58-4:2;<br>4:63-67;<br>5:4-11;<br>7:14-17;<br>10:2-9;<br>Figs. 1-4, 23.<br><br>**'291 Patent File History (Exhibit G):**<br><br>Corrected Notice of Allowability, 4/25/2022 (CAB_000027); | Not limiting.<br><br>*If limiting:*<br><br>Plain and ordinary meaning, i.e., "organizing [a / the] plurality of wiring that conducts current or signals extending from [a / the] plurality of solar panels" | '291 Patent (Exhibit C):<br>Claim 1<br><br>'291 Patent: Abstract; Figures 1-8, 13-27; Claims 1-5, 9, 10, 14-18, 21-22<br>1:16-4:35;<br>4:36-5:12;<br>5:13-10:22.<br><br>PTAB Filings: IPR2024-00178-17 (Exhibit H), pp. 8-10, 33-36; IPR2024-00182-15-2001 (Exhibit I) ¶¶ 32, 39, 47, 54, 55; IPR2024-00178-17-3002 (Exhibit J); IPR2024-00178-17-3003 (Exhibit K). |

9

| colspan="6" | U.S. Patent No. 11,349,291 |
|---|---|---|---|---|---|
| Claim No(s). | Claim Terms/Phrases | Plaintiff's Proposed Construction | Plaintiff's Citations | Defendant's Proposed Construction | Defendant's Citations |
| | | | Notice of Allowability, 4/6/2022 (CAB_000044);<br><br>Patent Owner Response, 3/16/2022 (CAB_000081-CAB_000091);<br><br>Office Action Summary, 12/16/2021 (CAB_000095-CAB_000109). | | |
| Claims 1, 9, 14, 21, 22 | "cable hanger" (*Defendant*) | Plain and ordinary meaning: "a hanger used to support, by a messenger wire, a plurality of electrical cables extending from a plurality of solar panels." | **'291 Patent (Exhibit C)**<br><br>**Claim Language**<br><br><u>Column:Line</u><br><br>Claims 1-25 (10:24-13:8).<br><br>**Specification**<br><br><u>Column:Lines</u><br>  Abstract;<br>  1:18-62; | "cable hanger comprising a flexible wire of shape retention material" | '291 Patent (Exhibit C):<br>  Abstract;<br>  Figures 1-27;<br>  Claims 1-5, 9, 10, 14-18, 21-22;<br>  3:15-4:35;<br>  5:13-10:22. |

10

| \<td colspan=6\> | | | | | |
|---|---|---|---|---|---|
| <td colspan="6">**U.S. Patent No. 11,349,291**</td> | | | | | |
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
| | | | **Related Patents** Pat. No. 9,722,405 (Exhibit L) | | |
| Claim 9, 21 | "a formation structured to support a data carrier" (*Defendant*) | Plain and ordinary meaning: "a cable carrying surface capable of supporting a data carrier." | **'291 Patent (Exhibit C)**<br><br>**Claim Language**<br><br>Column:Line<br><br>Claims 9, 10, 21, 22 (11:15-20, 12:23-31).<br><br>**Specification**<br><br>Column:Lines 3:58-4:2.<br><br>**PTAB Filings:** IPR2024-00182-15 (Exhibit M), p. 1-17; IPR2024-00182, EX | "an integrated closed loop on the top of the hanger structured to retain data carriers at least one inch away from power cables" | '291 Patent (Exhibit C):<br>Abstract;<br>Figures 1-8, 13-17, 19, 20, 26;<br>Claims 1, 9, 10, 14, 21, 22;<br>1:32-56;<br>3:58-4:2;<br>5:13-7:67;<br>8:26-9:39;<br>9:44-51;<br>10:18-19.<br><br>PTAB Filings:<br>IPR2024-00182-15 (Exhibit M), pp. 4, 9, 14-17, 26;<br>IPR2024-00182- |

11

| \multicolumn{6}{c}{U.S. Patent No. 11,349,291} |

| Claim No(s). | Claim Terms/Phrases | Plaintiff's Proposed Construction | Plaintiff's Citations | Defendant's Proposed Construction | Defendant's Citations |
|---|---|---|---|---|---|
| | | | 2001 (Exhibit I), ¶64-79, 93-110. | | 15-2001 (Exhibit I), ¶¶39-116. |
| Claim 1<br><br>Claim 14 | "cable carrier divider" (*Defendant*) | Plain and ordinary meaning: "a portion of the cable hanger formed between and separating each of the plurality of cable carrying surfaces." | '291 Patent (Exhibit C)<br><br>**Claim Language**<br><br>Column:Line<br>Claims 1-5 (10:24-48), 8-18 (11:11-55, 20-23 (12:19-35).<br><br>**Specification**<br><br>Column:Lines:<br>1:32-56;<br>6:21-25, 65-67;<br>7:29-32, 45-46, 49-52, 54-58, 61-64;<br>10:2-8.<br>Figs. 1-4, 7-8, 14-17, 20, 23, 26.<br><br>**PTAB Filings:**<br>IPR2024-00182-15 (Exhibit M), p.11-17;<br>IPR2024-00182, EX 2001 (Exhibit I), | "cable carrier divider formed of a wire that has been bent into shape" | '291 Patent (Exhibit C):<br>Figures 1-8, 19, 23;<br>Claims 1-5, 9, 10, 14-18, 21-22;<br>3:16-4:34;<br>5:13-7:67;<br>9:44-45;<br>9:59-10:9.<br><br>PTAB Filings:<br>IPR2024-00182-15 (Exhibit M), pp. 16-17;<br>IPR2024-00182-15-2001 (Exhibit I), ¶¶77-79. |

12

| U.S. Patent No. 11,349,291 ||||||
|---|---|---|---|---|---|
| **Claim No(s).** | **Claim Terms/Phrases** | **Plaintiff's Proposed Construction** | **Plaintiff's Citations** | **Defendant's Proposed Construction** | **Defendant's Citations** |
|  |  |  | ¶64-79. |  |  |